IH-32

Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Jose Santos, Jr.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:22-cv-9553 |
| Camarat Abdoulaye, Ghana UN Mission and Permanent Mission of Ghana | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Jose Santos, Jr.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:22-cv-9350 |
| The Hartford Financial Services Group, Inc. doing business as The Hartford and Trumbull Insurance Company | |
| Defendant | |

IH-32

Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open   (If so, set forth procedural status and summarize any court rulings.)

Summons issued and Complaint filed. Serivce of procees upon Defendants is occurring.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both matters pertain to the same motor vehicle accident. A motor vehicle involved in the accident ws owned by Ghana UN Mission/Permanent Mission of Ghana. The earlier action was commenced directly against the insurer as per 28 U.S.C. §1364.

Signature: _CcDeM___  Date: 11/9/22

DeMeo & Associates, LLC

Firm: _____